UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXCLUSIVE MARKETING AGENCY LLC,<br><br>Defendant. | Case No.: 23-cv-1522-AGS-KSC<br><br>**ORDER DISMISSING ALL CLAIMS AND CLOSING CASE** |

In light of plaintiff's notice of voluntary dismissal (ECF 3), all claims in this action are **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk is directed to close this case.

Dated: September 5, 2023

Andrew G. Schopler
United States District Judge